UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 25-3170

Case Title: Buckeye Institute vs. IRS, et al.

List all clients you represent in this appeal:

**INTERNAL REVENUE SERVICE; MELANIE KRAUSE, in her official capacity as Acting Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury**

☑ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act (Appointed)
☐ Appellee ☐ Respondent ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Marie E. Wicks (lead-counsel) Signature: s/Marie E. Wicks

Firm Name: U.S. Department of Justice, Tax Division, Appellate Section

Business Address: Post Office Box 502

City/State/Zip: Washington, D.C. 20044

Telephone Number (Area Code): (202) 307-0461

Email Address: marie.e.wicks@usdoj.gov; appellate.taxcivil@usdoj.gov

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.