UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **No. 25-3170**

Case Title: **The Buckeye Institute** vs. **Internal Revenue Service, et al.**

List all clients you represent in this appeal:

**Please see additional pages**

☐ Appellant    ☐ Petitioner    ☒ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**J. Marc Wheat**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **J. Marc Wheat**    Signature: s/ **John Marc Wheat**

Firm Name: **Advancing American Freedom, Inc.**

Business Address: **801 Pennsylvania Ave., NW**

City/State/Zip: **Washington, DC 20004**

Telephone Number (Area Code): **202-780-4848**

Email Address: **mwheat@advancingamericanfreedom.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

Cathy Adams, 2nd VP Eagle Forum; Alabama Policy Institute; American Center for Education & Knowledge; American Conservative Union Foundation; American Family Association; AFA Action; American Juris Link; American Target Advertising, Inc.; Americans For Fair Treatment; Americans for Limited Government; Anglicans for Life; Army of Parents; Association of Mature American Citizens Action; Gary L. Bauer, President, American Values; E. Calvin Beisner, Ph.D., President, Cornwall Alliance for the Stewardship of Creation; Shawnna Bolick, Arizona State Senator, District 2; Brian S. Brown, President, National Organization for Marriage; Catholics Count; Center for Political Renewal; Center for Urban Renewal and Education (CURE); Center of the American Experiment; Paul Chabot, Founder, FreeStyle Foundation; Christian Medical & Dental Associations; Christians Engaged; Citizen Action Defense Fund; Concerned Women for America; Gabe Conger, President, Bradley Impact Fund; Cornerstone Action; Daily Caller; Defense of Freedom Institute for Policy Studies, Inc.; Delaware Family Policy Council; Democrats for Life; Discovery Institute; DonorsTrust; Eagle Forum; Eagle Forum of Alabama; Eagle Forum of Georgia; Ryan Ellis, President, Center for a Free Economy; Faith and Freedom Coalition; Family Business Coalition; Family Institute of Connecticut Action; Foundation for Government Accountability; Freedom Foundation of Minnesota; Frontline Policy Council; Georgia Public Policy Foundation; Charlie Gerow; Goldwater Institute; Heartbeat International; Jay D. Homnick, Senior Fellow, Project Sentinel; Idaho Family Policy Center; Idaho Freedom Foundation; Illinois Policy Institute; Independent Women's Forum; Independent Women's Law Center; Institute of Liberty; Institute for Policy Innovation; Institute for Reforming Government; International Conference of Evangelical Chaplain Endorsers; James Madison Center for Free Speech; James Madison Institute; John Locke Foundation; Tim Jones, Former Speaker, Missouri House, Chairman, Missouri Center-Right Coalition; Kansas Policy Institute; Leadership Institute; Liberty Justice Center; Louisiana Family Forum; Lutheran Center for Religious Liberty; Maine Policy; Manhattan Institute; Jenny Beth Martin, Honorary Chairman, Tea Party Patriots Action; Maryland Family Institute; Minnesota Family Council; Daniel J. Mitchell, President, Center for Freedom and Prosperity; Chuck Muth, President, Citizen Outreach Foundation; My Faith Votes; National Apostolic Christian Leadership Conference; National Association of Parents, Inc. dba ParentsUSA; National Center for Public Policy Research; National Committee for Religious Freedom; National Legal and Policy Center; National Religious Broadcasters; National Right to Life; Nevada Policy; New Jersey Family Foundation; New Jersey Family Policy Center; New York Families Foundation; New York State Conservative Party; Noah Webster Educational Foundation; North Carolina Institute for Constitutional Law; North Carolina Values Coalition; NSIC Institute; Sara Olson, CAO, Intercessors for America; Orthodox Jewish Chamber of Commerce; Pelican Institute for Public Policy; People United for Privacy Foundation; Project 21 Black Leadership Network; Pro-Life Wisconsin; Prosperity for US Foundation; Rhode Island Center for Freedom & Prosperity; Kevin Riffe, Chairman, West Virginia Center Right Coalition; Roughrider Institute; Russell Kirk Center for Cultural Renewal; Dr. Gregory P. Seltz, Executive Director, LCRL, Speaker Emeritus, The Lutheran Hour; 60 Plus Association; Southeastern Legal Foundation; Stand for Georgia Values Action; Stand Up

Michigan; Stars and Stripes United; Students for Life Action; Students for Life of America; Sutherland Institute; Taxpayers Protection Alliance; Texas Values; Kerriy Toloczko, Chair, Southwest Florida Center Right Coalition; The Coolidge Reagan Foundation; The Family Action Council of Tennessee, Inc.; The Family Foundation (Kentucky); The Family Foundation of Virginia; The Fund for American Studies; The Institute for Faith & Family; The Justice Foundation; Tradition, Family, Property, Inc.; Truth in Energy and Climate; Upper Midwest Law Center; Richard Viguerie, Chairman, ConservativeHQ.com; Robert Wilkie, Secretary of Veterans Affairs, 2018-2021, Chair, Center for American Security; Wisconsin Family Action, Inc.; Wisconsin Institute for Law & Liberty; Yankee Institute; Young Americans for Liberty Foundation; and Tyler Yzaguirre, President, Second Amendment Institute