UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3170**

Case Title: **Buckeye Institute** vs. **Internal Revenue Service, et al.**

List all clients you represent in this appeal:

**Foundation for Individual Rights and Expression, and fellow amici curiae (see attached list).**

☐ Appellant  ☐ Petitioner  ☒ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor         (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Karen Donnelly**    Signature: s/ **Karen Donnelly**

Firm Name: **Copilevitz, Lam & Raney, P.C.**

Business Address: **310 W. 20th Street, Suite 300**

City/State/Zip: **Kansas City, MO 64108**

Telephone Number (Area Code): **816-472-9000**

Email Address: **kdonnelly@clrkc.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17

# List of *Amici*

African Christian College – USA
American Atheists
American Gastroenterological Association
American Friends Musées d'Orsay et de l'Orangerie
And Then There Were None
AMVETS National Service Foundation
ASPCA Los Angeles
Best Friends Animal Society
Beyond My Borders
Catholic Charities of Kansas City-St. Joseph
Catholic Medical Mission Board
Catholic Writers Guild
Cornerstones for Care
Comic Book Legal Defense Fund
Creative Visions Foundation
DC Bar Pro Bono Center
Easterseals
Feeding America
Foundation for Individual Rights and Expression (FIRE)
Friends of Flight 93 National Memorial
Global Media Outreach
GO2 for Lung Cancer
James Beard Foundation
KC Pet Project
KinderUSA
Landmark Legal Foundation
Locks of Love
Midwest Innocence Project
National Caregiving Foundation
National Children's Cancer Society
National LGBTQ Task Force Action Fund
Nonprofit Connect
Paralyzed Veterans of America

People for the Ethical Treatment of Animals (PETA)
Physicians Committee for Responsible Medicine
Prairie Paws
ProLove Ministries
Regent University
Rise for Animals
Special Olympics International
Steps of Faith
St. Bonaventure Indian Mission & School
STOMP Out Bullying, Corp.
Students for Life of America
The Freedom to Read Foundation
The Manufacturing Institute
The Nonprofit Alliance Foundation (TNPAF)
The Woodhull Freedom Foundation
Two Bit Circus Foundation
United States Justice Foundation
Vietnam Veterans of America
350.org