UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3170**

Case Title: **The Buckeye Institute** vs. **Internal Revenue Service, Et Al.**

List all clients you represent in this appeal:

**Center for Individual Rights**
**New Civil Liberties Alliance**
**Hamilton Lincoln Law Institute**

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Samuel Eckman**    Signature: s/ **Samuel Eckman**

Firm Name: **Gibson, Dunn & Crutcher LLP**

Business Address: **333 South Grand Avenue**

City/State/Zip: **Los Angeles, CA 90071**

Telephone Number (Area Code): **(213) 229-7204**

Email Address: **seckman@gibsondunn.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17