UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3170**

Case Title: **The Buckeye Institute** vs. **Internal Revenue Service, Et Al.**

List all clients you represent in this appeal:

**Center for Individual Rights**
**New Civil Liberties Alliance**
**Hamilton Lincoln Law Institute**

☐ Appellant    ☐ Petitioner    ☒ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Elizabeth A. Kiernan**    Signature: s/ **Elizabeth A. Kiernan**

Firm Name: **Gibson, Dunn & Crutcher LLP**

Business Address: **2001 Ross Avenue, Suite 2100**

City/State/Zip: **Dallas, TX 75201**

Telephone Number (Area Code): **(214) 698-3100**

Email Address: **ekiernan@gibsondunn.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---