# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 03, 2026

Mr. Robert Alt
Mr. Alan Gura
Mr. Charles M. Miller
Mr. Brett Robert Nolan
Mr. David Christian Tryon
Ms. Marie Wicks

    Re: Case No. 25-3170
         *Buckeye Institute v. IRS, et al*
         Originating Case No. 2:22-cv-04297

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been **GRANTED IN PART AND DENIED IN PART**. The reply brief is now due **February 27, 2026**.

                                              Sincerely yours,

                                              *s/Virginia, on behalf of*
                                             Appeal Case Manager: Ryan
                                             Direct Dial No. 513-564-7079

cc: Mr. Jeremy Joseph Broggi
    Mr. Theodore M. Cooperstein
    Ms. Cynthia Fleming Crawford
    Mr. Allen Joseph Dickerson
    Ms. Karen Donnelly
    Mr. Jeremy Dys
    Mr. Samuel Eckman
    Mr. Randy Elf
    Mr. Ryan Nathan Gardner
    Mr. David J Hacker
    Ms. Elizabeth A. Kiernan

Mr. Samuel V. Lioi
Mr. Tyler Martinez
Mr. Jeffrey Carl Mateer
Mr. Ryan A. Morrison
Mr. Timothy Sandefur
Mr. Timothy R. Snowball
Ms. Rebecca Sopkin
Mr. Jonathan E. Taylor
Mr. Eric H. Wessan
Mr. John Marc Wheat
Mr. Philip D. Williamson