**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Kelly L. Stephens                  POTTER STEWART U.S. COURTHOUSE              Tel. (513) 564-7000
Clerk                                CINCINNATI, OHIO 45202-3988              www.ca6.uscourts.gov

Filed:  February 25, 2026

**<u>Notice of Oral Argument at 9:00 a.m. (Eastern Time) on Wednesday, April 29, 2026 in Detroit, Michigan</u>**

Mr. Brett Robert Nolan
Institute for Free Speech
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036

Ms. Marie Wicks
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, DC 20044

Re:  No. 25-3170, *Buckeye Institute v. IRS, et al*

Dear Counsel:

Your case is scheduled for oral argument at **9:00 a.m. (Eastern Time) on Wednesday, April 29, 2026** before a three-judge panel of the Sixth Circuit Court of Appeals at the Theodore Levin United States Courthouse in Detroit, Michigan.  <u>The time allotted for oral argument is 15 minutes per side</u>.  You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*.  Please download this form from the website and file it by **<u>March 11, 2026</u>**.

**On the day of oral argument, report to the Theodore Levin United States Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan 48226, by 8:30 a.m. Once more detailed check-in information becomes available, counsel will be notified.**

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary.  If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record.  This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668.  The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument.  If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel.  Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible.  **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

Sincerely yours,

s/Robin L. Johnson
Calendar Deputy

cc: Mr. Robert Alt
    Mr. Jeremy Joseph Broggi
    Mr. Theodore M. Cooperstein
    Ms. Cynthia Fleming Crawford
    Mr. Allen Joseph Dickerson
    Ms. Karen Donnelly
    Mr. Jeremy Dys
    Mr. Samuel Eckman
    Mr. Randy Elf
    Mr. Ryan Nathan Gardner
    Mr. Alan Gura
    Mr. David J Hacker
    Ms. Elizabeth A. Kiernan
    Mr. Samuel V. Lioi
    Mr. Tyler Martinez
    Mr. Jeffrey Carl Mateer
    Mr. Charles M. Miller
    Mr. Ryan A. Morrison
    Mr. Timothy Sandefur
    Mr. Timothy R. Snowball
    Ms. Rebecca Sopkin
    Mr. Jonathan E. Taylor
    Mr. David Christian Tryon

Mr. Eric H. Wessan
Mr. John Marc Wheat
Mr. Philip D. Williamson