# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 25-3170

2. Case Caption (Short Title): The Buckeye Institute v. IRS, et al.

3. Argument is scheduled for _9:00 am_ *(time)* on _April 29, 2026_ *(day, date)* and will be held:

   [✓] Live (In Person)          [ ] by Video          [ ] by Telephone

4. I, Brett R. Nolan , will be presenting argument on behalf of:

   [ ] Appellant / Petitioner       [ ] Amicus Curiae       [ ] Other (please specify below):

   [✓] Appellee / Respondent       [ ] Intervenor          _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

   The Buckeye Institute

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____

   B. Total number of minutes (in whole minutes only) to be shared: _____

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

   D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*