IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| THE BUCKEYE INSTITUTE, | ) | CASE NO: 25-3170 |
| | ) | |
| Appellee, | ) | **MOTION TO AMEND CASE** |
| | ) | **TITLE** |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, et al., | ) | |
| | ) | |
| Appellants. | ) | |

## MOTION TO AMEND CASE TITLE

Appellee, The Buckeye Institute, respectfully requests that the Court amend the title in this case from "Buckeye Institute v. IRS, et al." to "The Buckeye Institute v. Internal Revenue Service, et al." Under Federal Rule of Appellate Procedure 12(a), "the circuit clerk must docket the appeal under the title of the district court action." In the district court, this case is titled "The Buckeye Institute v. Internal Revenue Service et al." Exhibit A (copy of district court docket).

Additionally, Appellee seeks to have the case title reflect Appellee's correct legal name, which is "The Buckeye Institute." See Exhibit B (amendment to articles of incorporation).

Counsel for Appellants has consented to this motion.

Respectfully submitted,

Robert Alt
David C. Tryon
THE BUCKEYE INSTITUTE
88 East Broad Street, Suite 1300
Columbus, Ohio 43215
(614) 224-4422

*Attorneys for Appellee*

Allen J. Dickerson
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036
(202) 861-1507
adickerson@bakerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, the foregoing was filed electronically on the Court's CM/ECF System. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David C. Tryon
David C. Tryon

*Attorney for Appellee*

**2:22-cv-04297-MHW-SCS** The Buckeye Institute v. Internal Revenue Service et al
Michael H. Watson, presiding
S. Courter Shimeall, referral
**Date filed:** 12/05/2022
**Date of last filing:** 10/21/2026

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 12/05/2022 | Complaint |
| | *Filed & Entered:* 12/15/2022 | Order on Motion for Leave to Appear Pro Hac Vice |
| 2 | *Filed & Entered:* 12/15/2022<br>*Terminated:* 12/15/2022 | Motion for Leave to Appear Pro Hac Vice |
| 3 | *Filed & Entered:* 01/09/2023 | Request for Issuance of Summons |
| 4 | *Filed & Entered:* 01/09/2023 | Request for Issuance of Summons |
| 5 | *Filed & Entered:* 01/09/2023 | Request for Issuance of Summons |
| 6 | *Filed & Entered:* 01/09/2023 | Request for Issuance of Summons |
| 7 | *Filed & Entered:* 01/09/2023 | Summons Issued as to USA |
| 8 | *Filed & Entered:* 01/20/2023 | Affidavit of Service |
| 9 | *Filed & Entered:* 01/24/2023<br>*Terminated:* 01/24/2023 | Motion for Leave to Appear Pro Hac Vice |
| 10 | *Filed & Entered:* 01/24/2023 | Order on Motion for Leave to Appear Pro Hac Vice |

EXHIBIT
A

| | | |
|---|---|---|
| 11 | *Filed & Entered:* 02/15/2023 | Affidavit of Service |
| 12 | *Filed & Entered:* 02/15/2023 | Affidavit of Service |
| 13 | *Filed & Entered:* 02/15/2023 | Affidavit of Service |
| 14 | *Filed & Entered:* 02/15/2023 | Affidavit of Service |
| 15 | *Filed & Entered:* 02/15/2023 | Affidavit of Service |
| 16 | *Filed & Entered:* 02/15/2023 | Affidavit of Service |
| 17 | *Filed & Entered:* 02/15/2023 | Affidavit of Service |
| 1 | *Filed & Entered:* 02/21/2023 | Summons Returned Executed as to USA |
| 19 | *Filed & Entered:* 03/22/2023<br>*Terminated:* 03/23/2023 | Motion for Leave to File Excess Pages |
| 20 | *Filed & Entered:* 03/23/2023 | Order on Motion for Leave to File Excess Pages |
| 21 | *Filed & Entered:* 04/04/2023<br>*Terminated:* 11/09/2023 | Motion to Dismiss/Lack of Jurisdiction |
| 22 | *Filed & Entered:* 04/05/2023 | Notice of Hearing |
| 23 | *Filed & Entered:* 04/17/2023<br>*Terminated:* 04/25/2023 | Motion for Leave to File |
| 24 | *Filed & Entered:* 04/18/2023<br>*Terminated:* 04/18/2023 | Motion for Leave to Appear Pro Hac Vice |
| 25 | *Filed & Entered:* 04/1 /2023 | Order on Motion for Leave to Appear Pro Hac Vice |
| 26 | *Filed & Entered:* 04/1 /2023 | Notice of Appearance |
| 27 | *Filed & Entered:* 04/21/2023 | Motion to Stay |

| | | |
|---|---|---|
| | *Terminated:* 04/24/2023 | |
| 28 | *Filed & Entered:* 04/24/2023 | Order on Motion to Stay |
| 29 | *Filed & Entered:* 04/24/2023<br>*Terminated:* 04/25/2023 | Motion for Extension of Time |
| | *Filed & Entered:* 04/25/2023 | Set Motion and R&R Deadlines/Hearings |
| 30 | *Filed & Entered:* 04/25/2023 | Order on Motion for Leave to File |
| 31 | *Filed & Entered:* 04/25/2023 | Brief |
| 32 | *Filed & Entered:* 04/25/2023 | Order on Motion for Extension of Time |
| 33 | *Filed & Entered:* 05/02/2023<br>*Terminated:* 05/02/2023 | Motion for Leave to Appear Pro Hac Vice |
| 34 | *Filed & Entered:* 05/02/2023 | Order on Motion for Leave to Appear Pro Hac Vice |
| 35 | *Filed & Entered:* 05/02/2023 | Response in Opposition to Motion |
| 36 | *Filed & Entered:* 05/03/2023<br>*Terminated:* 11/09/2023 | Motion for Summary Judgment |
| 37 | *Filed & Entered:* 05/16/2023 | Reply to Response to Motion |
| 38 | *Filed & Entered:* 05/19/2023<br>*Terminated:* 05/24/2023 | Motion for Extension of Time to File Response/Reply |
| 39 | *Filed & Entered:* 05/22/2023 | Response in Opposition to Motion |
| 40 | *Filed & Entered:* 05/24/2023 | Order on Motion for Extension of Time to File Response/Reply |
| 41 | *Filed & Entered:* 07/03/2023<br>*Terminated:* 07/05/2023 | Motion for Extension of Time to File Response/Reply |
| 42 | *Filed & Entered:* 07/05/2023 | Order on Motion for Extension of Time to File Response/Reply |

| | | |
|---|---|---|
| 43 | *Filed & Entered:* 07/14/2023<br>*Terminated:* 11/09/2023 | Motion for Summary Judgment |
| 44 | *Filed & Entered:* 07/14/2023 | Response in Opposition to Motion |
| 45 | *Filed & Entered:* 07/24/2023<br>*Terminated:* 07/25/2023 | Motion for Extension of Time to File Response/Reply |
| 46 | *Filed & Entered:* 07/25/2023 | Order on Motion for Extension of Time to File Response/Reply |
| 47 | *Filed & Entered:* 08/22/2023<br>*Terminated:* 0 /23/2023 | Motion for Extension of Time |
| | *Filed & Entered:* 08/23/2023 | Set/Reset Deadlines |
| 48 | *Filed & Entered:* 08/23/2023 | Order on Motion for Extension of Time |
| 49 | *Filed & Entered:* 09/01/2023 | Response in Opposition to Motion |
| 50 | *Filed & Entered:* 09/01/2023 | Reply to Response to Motion |
| 51 | *Filed & Entered:* 09/11/2023<br>*Terminated:* 09/12/2023 | Motion for Extension of Time to File Response/Reply |
| 52 | *Filed & Entered:* 09/12/2023 | Order on Motion for Extension of Time to File Response/Reply |
| 53 | *Filed & Entered:* 09/27/2023<br>*Terminated:* 10/26/2023 | Motion for Leave to File |
| 54 | *Filed & Entered:* 09/29/2023 | Reply to Response to Motion |
| 55 | *Filed & Entered:* 10/26/2023 | Order on Motion for Leave to File |
| 56 | *Filed & Entered:* 10/26/2023 | Brief |
| 57 | *Filed & Entered:* 11/03/2023<br>*Terminated:* 11/06/2023 | Motion for Leave to File |

| | | |
|---|---|---|
| 5 | *Filed & Entered:* 11/06/2023 | Order on Motion for Leave to File |
| 59 | *Filed & Entered:* 11/06/2023 | Response (non motion) |
| 60 | *Filed & Entered:* 11/09/2023 | Order on Motion for Summary Judgment |
| 61 | *Filed & Entered:* 11/21/2023<br>*Terminated:* 11/27/2023 | Motion for Extension of Time to File |
| 62 | *Filed & Entered:* 11/27/2023 | Order on Motion for Extension of Time to File |
| 63 | *Filed & Entered:* 12/06/2023 | Notice of Appearance |
| 64 | *Filed & Entered:* 12/06/2023<br>*Terminated:* 12/13/2023 | Motion for Hearing |
| 65 | *Filed & Entered:* 12/12/2023 | Amended Complaint |
| 66 | *Filed & Entered:* 12/13/2023 | Order on Motion for Hearing |
| 67 | *Filed & Entered:* 12/14/2023 | Order |
| 68 | *Filed & Entered:* 12/14/2023 | Amended Complaint |
| 69 | *Filed & Entered:* 12/15/2023 | Notice of Substitution of Counsel |
| 70 | *Filed & Entered:* 12/28/2023 | Answer to Amended Complaint |
| 71 | *Filed & Entered:* 02/09/2024<br>*Terminated:* 02/26/2024 | Motion for Certificate of Appealability |
| 72 | *Filed & Entered:* 02/09/2024<br>*Terminated:* 02/12/2024 | Motion to Continue |
| | *Filed & Entered:* 02/12/2024 | Order on Motion to Continue |
| 73 | *Filed & Entered:* 02/26/2024 | Order on Motion for Certificate of Appealability |

| | | |
|---|---|---|
| 74 | *Filed & Entered:* 05/06/2024<br>*Terminated:* 05/07/2024 | Motion to Withdraw as Attorney |
| 75 | *Filed & Entered:* 05/07/2024 | Order on Motion to Withdraw as Attorney |
| 76 | *Filed & Entered:* 06/10/2024 | Order |
| 77 | *Filed & Entered:* 07/09/2024 | Status Report |
| 78 | *Filed & Entered:* 08/19/2024 | Order |
| 79 | *Filed & Entered:* 10/18/2024 | Status Report |
| 80 | *Filed & Entered:* 12/17/2024 | Status Report |
| 81 | *Filed & Entered:* 02/18/2025 | Status Report |
| 82 | *Filed:* 03/14/2025<br>*Entered:* 03/17/2025 | Docket Annotation |
| 83 | *Filed:* 03/14/2025<br>*Entered:* 03/17/2025 | Docket Annotation |
| 84 | *Filed & Entered:* 04/21/2025<br>*Terminated:* 04/22/2025 | Motion for Miscellaneous Relief |
| 85 | *Filed & Entered:* 04/22/2025 | Order |
| 86 | *Filed & Entered:* 03/17/2026 | Order Reassigning Case |
| 87 | *Filed & Entered:* 06/12/2026<br>*Terminated:* 06/15/2026 | Motion to Withdraw as Attorney |
| 88 | *Filed & Entered:* 06/15/2026 | Order on Motion to Withdraw as Attorney |
| 89 | *Filed & Entered:* 06/24/2026 | Notice of Appearance |
| 90 | *Filed & Entered:* 06/30/2026<br>*Terminated:* 07/02/2026 | Motion for Leave to Appear Pro Hac Vice |

| | | |
|---|---|---|
| 91 | *Filed & Entered:* 07/02/2026 | Order on Motion for Leave to Appear Pro Hac Vice |
| 92 | *Filed & Entered:* 10/16/2026 | Notice of Appearance |
| 93 | *Filed & Entered:* 10/20/2026<br>*Terminated:* 10/21/2026 | Motion to Withdraw as Attorney |
| 94 | *Filed & Entered:* 10/21/2026 | Order on Motion to Withdraw as Attorney |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/09/2026 11:15:07 | | | |
| **PACER Login:** | [redacted] | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:22-cv-04297-MHW-SCS |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 02/22/2021 | 202105301976 | AMENDMENT TO ARTICLES (AMD) | 50.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

THE BUCKEYE INSTITUTE FOR PUBLIC POLICY SOLUTIONS
88 EAST BROAD STREET, SUITE 1300
COLUMBUS, OH 43215

# STATE OF OHIO

## CERTIFICATE

### Ohio Secretary of State, Frank LaRose

**753403**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**THE BUCKEYE INSTITUTE**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **AMENDMENT TO ARTICLES** | **202105301976** |

**Effective Date: 02/22/2021**

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 22nd day of February, A.D. 2021.

**Ohio Secretary of State**

EXHIBIT

B

Form 541 Prescribed by:

Frank LaRose
Ohio Secretary of State

Toll Free: 877.767.3453
Central Ohio: 614.466.3910
OhioSoS.gov
business@OhioSoS.gov
File online or for more information: OhioBusinessCentral.gov

**Mail this form to one of the following:**

Regular Filing (non expedite)
P.O. Box 1329
Columbus, OH 43216

Expedite Filing (**Two business day processing time. Requires an additional $100.00**)
P.O. Box 1390
Columbus, OH 43216

For screen readers, follow instructions located at this path.

# Certificate of Amendment

## (Nonprofit, Domestic Corporation)

## Filing Fee: $50

### Form Must Be Typed

**Check the appropriate box:**

- [X] Amendment to existing Articles of Incorporation by Members pursuant to Ohio Revised Code section 1702.38(C) (128-AMD)
- [ ] Amended and Restated Articles by Members pursuant to Ohio Revised Code section 1702.38(D) or by Directors pursuant to Ohio Revised Code section 1702.38(E) (126-AMAN) - The following articles supersede the existing articles and all amendments thereto.

**Complete the following information:**

Name of Corporation: The Buckeye Institute for Public Policy Solutions

Charter Number: 753403

**A copy of the resolution of amendment must be attached to this document.**

Note: If amended and restated articles were adopted, amended articles must set forth all provisions required in original articles other than with respect to the initial directors pursuant to Ohio Revised Code section 1702.38(A). In the case of adoption of the resolution by the directors, a statement of the basis for such adoption shall be provided.

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Must be signed by an authorized officer of the Corporation pursuant to the Ohio Revised Code section 1702.38(G).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature

By (if applicable)

Robert Alt

Print Name

Signature

By (if applicable)

Print Name

# THE BUCKEYE INSTITUTE

On December 4, 2020, the Board of Trustees of The Buckeye Institute for Public Policy Solutions unanimously voted to change the name of the organization to The Buckeye Institute.

88 East Broad Street, Suite 1300 • Columbus, Ohio 43215 • (614) 224-4422 • BuckeyeInstitute.org